UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D. MARTIN,

    Plaintiff,                                                          Case No. 16-cv-10377
                                                                  Hon. Matthew F. Leitman

v.

AK STEEL CORPORATION, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order (1) Overruling Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, (2) Adopting the Magistrate Judge's Recommended Disposition, (3) Denying Plaintiff's Motion for Summary Judgment, (4) Granting Defendant UAW's Motion to Dismiss, and (5) Dismissing Plaintiff's Claims Against UAW, dated February 16, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF COURT

                                                By:    s/Holly A. Monda
                                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 16, 2017
Detroit, Michigan